**FILED**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
WWW.FLMB.USCOURTS.GOV

2017 JUN 19 PM 1: 11

CLERK U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                    Case No.  8:13-bk-06404-CPM
     Jennifer Kaye Marlow                 Chapter 7

# 136701  J.G.

Debtor_(s)_____/


## MOTION TO REOPEN BANKRUPTCY CASE

Jennifer Kaye Marlow HEREBY MOVES THIS Court for an order reopening the above-Referenced bankruptcy case pursuant to 11 U.S.C 350(b) and Bankruptcy Rule 5010 in order to Avoid a Lien.

1. The Debtor filed a voluntary bankruptcy petition under Chapter 13 on 5-15-2013.

2. The Debtor converted the case to a Chapter 7 on 10-7-2013.

3. The Bankruptcy case was closed with a Discharge on 1-27-2014

4. The movant seeks to file a Motion to Avoid Judgment Lien of Foreclosure.

As Claimant J. P. Morgan Chase Bank entered into court evidence, a ledger, indicating a significant settlement payoff which was not considered in Final Judgment of Foreclosure granted by the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County.

WHEREFORE, movant respectfully requests that the court enter an order reopening this bankruptcy case.

Dated: *June 19, 2017*                    *Jennifer Kaye Marlow*
                                          Jennifer Kaye Marlow
                                          94 Tatum Road
                                          Sarasota, Florida 34240
                              (941) 209 2100/Jenniferlm4994@gmail.com