UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
WWW.FLMB.USCOURTS.GOV

FILED

2017 JUL 19 AM 10: 54

CLERK U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Jennifer Kaye Marlow

Case No.  8:13-bk-06404-CPM
Chapter 7

Debtor (s)_____/

## MOTION TO AVOID JUDICIAL LIEN ON RESIDENTIAL REAL ESTATE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the U.S. Bankruptcy Court at 801 N. Florida Ave. Tampa, Florida 33602 and serve a copy on the movant's attorney and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

      Jennifer Kaye Marlow, Debtor, files this Motion to Avoid the Judicial Lien of
J. P. MORGAN CHASE BANK, N.A. and states as follows:

1. Debtor filed a petition for relief under Chapter 7 on 10-7-2013.

2. Debtor seeks to avoid the judicial lien of J. P. Morgan Chase Bank N.A. which was created by the filing of a Judgment on November 13, 2012 in the amount of $155,610.96. Entered in Record of Clerk of Sarasota, Clerk of Court of Sarasota County, Florida, document Number 2012148601.

1

3. The lien impairs the following property, LOTS 13 AND 15, BLOCK A, RUSTIC LODGE, AS PER PLATT THEREOF RECORDED IN PLATT BOOK 1 PAGE 155 OF THE PUBLIC RECORDS OF SARASOTA COUNTY FLORIDA,

   Known as 2558 Bahia Vista Street, Sarasota Florida 34239

## ISSUES OF CONTROVERSY

4. On or about October 6, 2009, Chase Home Finance LLC filed a Mortgage Foreclosure Complaint indicating a Principal balance of $124,972.65.

5. On May 24, 2010 Chase recorded an adjustment of $133,434.34 to this account. (Exhibit A)

6. This amount was identified there in as a PARTIAL SETTLEMENT.

7. The record of this transaction was submitted to the Court by Chase as evidence titled "Chase Detailed Transaction History."

8. Final Judgment of Foreclosure was entered on November 13, 2012 in the amount of $155,610.96. There was no consideration of the payment recorded by internal accounting of Chase of the $133,134.34.

Debtor HEREBY , alleges "Unjust Enrichment" by this creditor if allowed to take property as well as payment.

Debtor begs the court's indulgence for a Pro Se petitioner.

Debtor request Leniency in form while the court looks at the essence of my claim

per Haynes v Kerner. 404 U.S. 519 (1972)

Debtor reserve the right to amend this motion as appropriate and as may be directed

by this honorable court.

2

**WHEREFORE**, the Debtor request that the Court enter an order avoiding the Lien and for such other and further relief as the Court deems appropriate.

Respectfully Submitted,

DATED: 7/19/2017

*Jennifer Kaye Marlow*
Jennifer Kaye Marlow
94 Tatum Road
Sarasota, Florida 34240
(941) 209 2100
Jenniferlm4994@gmail.com

3

Chase Detailed Transaction History

Date: 5/9/2013
Pg5 of 28

**Loan # 1978745824**
JENNIFER K MARLOW

| Interest Rate: | 6.25% |
| Payment Due Date: | 6/1/2009 |
| Monthly Payment Amt: | $814.60 |
| Current Escrow Balance: | $-10,513.56 |
| Current Principal Balance: | $124,972.65 |

**Property Address:**
2558 BAHIA VISTA ST
SARASOTA, FL 34239-0000

**Mailing Address:**
5317 FRUITVILLE RD UNIT 159
SARASOTA, FL 34226402

Activity for Period  2/23/2005  —  5/9/2013

| Reference # | Tran Date | Effective Date | Due Date | Total Tran Amt | Transaction Description |
| --- | --- | --- | --- | --- | --- |
| | Principal Amt | Interest Amt | Escrow Amt | Fees/Other Amt | Suspense Amt |
| 185 | 2/8/2011 | 2/8/2011 | 3/1/2011 | $-781.00 | WINDSTORM INSURANCE |
| | $0.00 | $0.00 | $-781.00 | $0.00 | $0.00 |
| 184 | 2/5/2011 | 2/5/2011 | | $150.00 | CORP ADV - ATTORNEY ADVANCE DISB |
| | $0.00 | | $0.00 | $150.00 | $0.00 |
| 183 | 11/16/2010 | 11/16/2010 | 6/1/2009 | $1,784.47 | ESCROW ADVANCE |
| | $0.00 | | | $1,784.47 | $0.00 |
| 182 | 11/16/2010 | 11/16/2010 | 11/1/2010 | $-1,784.47 | COUNTY TAX |
| | $0.00 | | $-1,784.47 | $0.00 | $0.00 |
| 181 | 6/10/2010 | 6/10/2010 | 6/1/2009 | $771.00 | ESCROW ADVANCE |
| | $0.00 | | $771.00 | $0.00 | $0.00 |
| 180 | 6/10/2010 | 6/10/2010 | 6/1/2010 | $-771.00 | HOMEOWNERS INSURANCE |
| | $0.00 | | $-771.00 | $0.00 | $0.00 |
| 179 | 6/7/2010 | 6/7/2010 | | $14.00 | CORP ADV - MISC EXPENSE DISB |
| | $0.00 | | $0.00 | $14.00 | $0.00 |
| 178 | 5/24/2010 | 5/24/2010 | 6/1/2009 | $-133,434.34 | PARTIAL SETTLEMENT |
| | $-124,972.65 | $-8,461.69 | $0.00 | $0.00 | $0.00 |



"STATE OF FLORIDA, COUNTY OF SARASOTA
I hereby certify that the foregoing is a true and correct copy
of pages _7_ through _7_ of the instrument filed in
this office. The original instrument filed contains _28_
pages.
☒ This copy has no redactions. ☐ This copy has been
redacted pursuant to law.
Witness my hand and official seal this _5th_ day of
_July_, 20_17_."
KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT
By: _____
Deputy Clerk

Exhibit A
1 of 3

**EVIDENCE/EXHIBIT RECORD**

NUMBER: 39475
CASE NUMBER: 09CA16999NC   DATE: 2/16/17   JUDGE: Moreuvio
CLERK: Maria Fernandez, Deputy Clerk

PLAINTIFF/STATE: Christie Home Financial LLC
Attorney: Amanda Dohery

DEFENDANT/RESPONDENT: Jennifer K. Manlow
Attorney: J. Mack

Complete for Criminal Cases Only:
Agency: _____   Agency: _____   State Atty # _____   Property # _____

| | ☑ Plaintiff/State ☐ Ward ☐ Guardian ☐ Beneficiary ☐ Defendant ☐ Personal Rep ☐ Interveners ☐ Other _____ Description | Page | B/D/F/M/W* | Date identified | Date Admitted | Received By |
|---|---|---|---|---|---|---|
| 1 | Transaction History | 33 | | 2/16/17 | 2/16/17 | M |

Side A - Page 1 of 2   *B=Biohazardous D=Drugs F=Firearms/ammunition M=Money W=Weapon

Filed 02/16/2017 11:59 AM - Karen E. Rushing, Clerk of the Circuit Court, Sarasota County, FL

Exhibit M
2 of 3

| Chain of Custody |
|---|
| **1) Exhibit(s) received in court and stored for a period of time:** <br><br> Exhibits have been secured at _____ from _____ to _____ <br> (Specific storage/area location)                         (date)     (date) |
| **2) Exhibits transferred to Jury for deliberation:**    From date & time _____ <br> ☐ All admitted items   ☐ Excluded items: _____   To date & time _____ <br> Comments: _____ |
| **3) Custody Transferred:**   ☐ Alternative Court Clerk   ☐ Judge   ☐ Other <br><br> Custody transferred from: _____ / _____ / _____ <br>       (deputy clerk or supervisor signature)    (position title)    (date) <br> Delivered to: _____ / _____ / _____ <br>       (name)               (title)          (date) |
| **4) Exhibit(s)**   ☐ Secured   ☐ Transported   ☐ Stored for Court Event Continued   ☐ Other <br><br> Delivered to: _____ / _____ / _____ <br>     (deputy clerk or supervisor signature)    (position title)    (date) <br> Exhibits secured at _____ <br>        (location) <br> Returned to: _____ / _____ / _____ <br>     (deputy clerk or supervisor signature)    (position title)    (date) |
| **5) Records Management receives exhibits:** <br> **A) Exhibit(s) to be filed for record only:** <br><br> Location:   ☐ Secure in vault   ☐ Secure in case file   ☐ Other <br><br> **B) Exhibit(s) to be filed for record and scanned:** <br><br> Location:   ☒ Secure in vault   ☐ Secure in case file   ☐ Other <br> Received from: MARIA BENAVIDEZ    Delivered to: CARLOS BARDALES <br>       (print name)                         (print name) <br> Received from: [signature] 2/16/17   Delivered to: [signature] 12/16/17 <br>     (signature and date)                    (signature and date) |
| **RECEIPT** <br> I, _____, have received the following Exhibit(s) _____ <br> Per oral/written order of Judge _____ on this _____ day of _____ <br> _____ / _____ <br> Signature                Title |
| **SPECIAL NOTES** <br><br> Side B - Page 2 of 2           **"STATE OF FLORIDA, COUNTY OF SARASOTA** <br> I hereby certify that the foregoing is a true and correct copy of pages 1 through 2 of the instrument filed in this office. The original instrument filed contains 2 pages. <br> ☒ This copy has no redactions. ☐ This copy has been redacted pursuant to law. <br> Witness my hand and official seal this 16 day of June, 2017. <br> KAREN E. RUSHING, CLERK OF THE CIRCUIT COURT <br> By: _____ Deputy Clerk |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the

**MOTION TO AVOID LIEN ON RESIDENTIAL REAL ESTATE**

Was sent via certified U.S.P.S mail on July 19, 2017 to the following:

J.P. MORGAN CHASE BANK, N.A.
270 PARK AVENUE
NEW YORK, NEW YORK 10017

*Jennifer Kaye Marlow*
Jennifer Kaye Marlow
94 Tatum Road
Sarasota, Florida 34240
(941) 209 2100/Jenniferlm4994@gmail.com