Filed Via Mail

AUG 22 2018

CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

14 Pages Scanned by AS

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 8-13-bk-06404 CPM |
| Jennifer Kaye Marlow | ) | Chapter 7 |
| Debtor | ) | |

## VERIFIED MOTION TO AVOID JUDICIAL LIEN

## OF J. P. MORGAN CHASE BANK N.A. ON EXEMPT PROPERTY

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party is served by U. S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N Florida Ave, Tampa, FL 33602 and serve a copy on the movant, Jennifer Kaye Marlow 5317 Fruitville Road # 159, Sarasota, Florida 34232, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Debtor, Jennifer Kaye Marlow, files this Motion to Avoid the Judicial lien

of J. P. Morgan Chase Bank National Association. and states as follows:

1. Debtor filed to reopen Chapter 7 case on July 23, 2018

2. Debtor seeks to avoid the judicial lien of J. P. MORGAN CHASE BANK N.A. that was created by the filing of UNIFORM FINAL JUDGMENT OF MORTGAGE FORECLOSURE at Document Number 2012148601 on 11-13-2012 3:33:33 PM of the Public Records of Sarasota County Florida.

3. The Lien impairs the following property that is otherwise exempt under 11 U S C522 (f) , 552

> 2558 Bahia Vista Street, Sarasota, Florida
> LOTS 13 AND 15, BLOCK A, RUSTIC LODGE AS PER PLAT THEREOF RECORDED IN PLAT BOOK 1 PAGE 155 OF THE PUBLIC RECORDS OF SARASOTA COUNTY FLORIDA PARCEL ID# 20035020049.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order avoiding the Lien and for such other and further relief as the Court deems appropriate.

Dated: 8/20/18

*Jennifer Kaye Marlow*
Jennifer Kaye Marlow, sui juris
5317 Fruitville Road # 159
Sarasota, Florida 34232

**PROOF OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission of U. S. Mail on ___8/21/2018___ to : All creditors and interested parties as listed on the attached matrix.

*Jennifer Kaye Marlow*
Jennifer Kaye Marlow
5317 Fruitville Road, # 159
Sarasota, Florida 34232

Attorney for Plaintiff (J.P. MORGAN CHASE BANK N. A.)

KAHANE & ASSOCIATES. P.A.

8201 PETERS ROAD. SUITE 3000

PLANTATION, FLORIDA 33324

EMAIL   NOTICE@ KAHANEANDASSOCIATES.COM

TELEPHONE:  (954) 382-3486

TELEFACSIMILIE: (954) 382-5380

Fill in this information to identify your case and this filing:

Debtor 1 __Jennifer__ __Kaye__ __Marlow__
         First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __Middle__ District of __Florida__

Case number __8:13-bk-06404 CPM__

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☐ Yes. Where is the property?

   1.1. _____
        Street address, if available, or other description

        _____

        _____  _____  _____
        City         State   ZIP Code

        _____
        County

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? $_____
   Current value of the portion you own? $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   _____

   ☐ Check if this is community property (see instructions)

   If you own or have more than one, list here:

   1.2. _____
        Street address, if available, or other description

        _____

        _____  _____  _____
        City         State   ZIP Code

        _____
        County

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? $_____
   Current value of the portion you own? $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   _____

   ☐ Check if this is community property (see instructions)

Debtor 1  __Jennifer  Kaye  Marlow__
      First Name   Middle Name   Last Name

Case number *(if known)* __8:13-bk-06404 CPM__

---

1.3.  _____
     Street address, if available, or other description

     _____

     _____
     City    State    ZIP Code

     _____
     County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $_____

Current value of the portion you own?  $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .................... ➔ $_____

---

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☐ Yes

3.1. Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    Other information:
    _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $_____

Current value of the portion you own?  $_____

If you own or have more than one, describe here:

3.2. Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    Other information:
    _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $_____

Current value of the portion you own?  $_____

Debtor 1  Jennifer Kaye Marlow        Case number (if known) 8:13-bk-06404 CPM
         First Name  Middle Name  Last Name

3.3. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$_____      $_____

3.4. Make: _____
     Model: _____
     Year: _____
     Approximate mileage: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$_____      $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☐ Yes

4.1. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$_____      $_____

If you own or have more than one, list here:

4.2. Make: _____
     Model: _____
     Year: _____
     Other information:
     [                    ]

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$_____      $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ................................................→  $[         ]

Debtor 1 __Jennifer Kaye Marlow__
        First Name   Middle Name   Last Name

Case number (if known) __8:13 bk-06404-CPM__

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☐ Yes. Describe.......... $_____

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☐ Yes. Describe.......... $_____

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe.......... $_____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☐ Yes. Describe.......... $_____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☐ Yes. Describe.......... $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☐ Yes. Describe.......... $_____

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☐ Yes. Describe.......... $_____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☐ Yes. Describe.......... $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☐ Yes. Give specific information. ............ $_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................ → $_____

Debtor 1  Jennifer Kaye Marlow                                Case number (if known) 8:13-bk-06404-CPM
         First Name   Middle Name   Last Name

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ❏ No
   ❏ Yes............................................................................................................................ Cash: ............... $_____

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ❏ No
   ❏ Yes................       Institution name:

   | | |
   |---|---|
   | 17.1. Checking account: | _____ $_____ |
   | 17.2. Checking account: | _____ $_____ |
   | 17.3. Savings account: | _____ $_____ |
   | 17.4. Savings account: | _____ $_____ |
   | 17.5. Certificates of deposit: | _____ $_____ |
   | 17.6. Other financial account: | _____ $_____ |
   | 17.7. Other financial account: | _____ $_____ |
   | 17.8. Other financial account: | _____ $_____ |
   | 17.9. Other financial account: | _____ $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ❏ No
   ❏ Yes................       Institution or issuer name:

   _____  $_____
   _____  $_____
   _____  $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ❏ No                          Name of entity:                              % of ownership:
   ❏ Yes. Give specific                                                       0%  ___%    $_____
       information about       _____     0%  ___%    $_____
       them.....................     _____     0%  ___%    $_____
                               _____

Debtor 1 __Jennifer Kaye Marlow__  Case number (if known) __8:13-bk-06404-CPM__
         First Name  Middle Name  Last Name

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☐ Yes. Give specific information about them......

Issuer name:
_____  $_____
_____  $_____
_____  $_____

### 21. Retirement or pension accounts

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☐ Yes. List each account separately.

Type of account:        Institution name:

401(k) or similar plan: _____  $_____
Pension plan:           _____  $_____
IRA:                    _____  $_____
Retirement account:     _____  $_____
Keogh:                  _____  $_____
Additional account:     _____  $_____
Additional account:     _____  $_____

### 22. Security deposits and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☐ Yes .........................

Institution name or individual:

Electric:                        _____  $_____
Gas:                             _____  $_____
Heating oil:                     _____  $_____
Security deposit on rental unit: _____  $_____
Prepaid rent:                    _____  $_____
Telephone:                       _____  $_____
Water:                           _____  $_____
Rented furniture:                _____  $_____
Other:                           _____  $_____

### 23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

☐ No
☐ Yes .........................

Issuer name and description:
_____  $_____
_____  $_____
_____  $_____

Debtor 1  Jennifer Kaye Marlow   Case number (if known) 8:13-bk-06404-CPM
           First Name   Middle Name   Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ❏ No
    ❏ Yes .................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____  $_____
    _____  $_____
    _____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ❏ No
    ❏ Yes. Give specific information about them....   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

    ❏ No
    ❏ Yes. Give specific information about them....   $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ❏ No
    ❏ Yes. Give specific information about them....   $_____

**Money or property owed to you?**                                    **Current value of the portion you own?**
                                                                      Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ❏ No
    ❏ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ........
                                                                      Federal:  $_____
                                                                      State:    $_____
                                                                      Local:    $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ❏ No
    ❏ Yes. Give specific information.............
                                                                      Alimony:             $_____
                                                                      Maintenance:         $_____
                                                                      Support:             $_____
                                                                      Divorce settlement:  $_____
                                                                      Property settlement: $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ❏ No
    ❏ Yes. Give specific information.............   $_____

Official Form 106A/B                  Schedule A/B: Property                                   page 7

Debtor 1 ___Jennifer Kaye Marlow___  Case number (if known) __8:13 bk 06404 CPM__
      First Name    Middle Name    Last Name

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ☐ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | | | $_____ |
    | | | $_____ |
    | | | $_____ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☐ No
    ☐ Yes. Give specific information............     $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ☐ Yes. Describe each claim. ....................    $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ☐ Yes. Describe each claim. ....................    $_____

35. **Any financial assets you did not already list**
    ☐ No
    ☐ Yes. Give specific information............    $_____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here .................................................................................. → $_____

---

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ☐ Yes. Describe....... _____ $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ☐ Yes. Describe....... _____ $_____

Debtor 1  Jennifer Kaye Marlow
            First Name  Middle Name  Last Name

Case number (if known) 8:13 bk-06404 CPM

---

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ☐ Yes. Describe........ _____ $_____

41. **Inventory**
    ☐ No
    ☐ Yes. Describe........ _____ $_____

42. **Interests in partnerships or joint ventures**
    ☐ No
    ☐ Yes. Describe.......

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | _____ | _____ % | $_____ |
    | _____ | _____ % | $_____ |
    | _____ | _____ % | $_____ |

43. **Customer lists, mailing lists, or other compilations**
    ☐ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe........ _____ $_____

44. **Any business-related property you did not already list**
    ☐ No
    ☐ Yes. Give specific information .........
    _____ $_____
    _____ $_____
    _____ $_____
    _____ $_____
    _____ $_____
    _____ $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here .................................................................... → $_____

---

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☐ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    ☐ No
    ☐ Yes...................... _____ $_____

---

Debtor 1 __Jennifer Kaye Marlow__         Case number (if known) __8:13-bk-06404 CPM__
       First Name  Middle Name  Last Name

48. **Crops—either growing or harvested**
    - ☐ No
    - ☐ Yes. Give specific information. ............       $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☐ No
    - ☐ Yes .........................       $ _____

50. **Farm and fishing supplies, chemicals, and feed**
    - ☐ No
    - ☐ Yes .........................       $ _____

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☐ No
    - ☐ Yes. Give specific information. ............       $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ➔ $ _____

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☐ No
    - ☐ Yes. Give specific information. ............
        $ _____
        $ _____
        $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ➔ $ _____

## Part 8:   List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 .................... ➔  $ _____

56. Part 2: Total vehicles, line 5           $ _____

57. Part 3: Total personal and household items, line 15           $ _____

58. Part 4: Total financial assets, line 36           $ __132,300.00__

59. Part 5: Total business-related property, line 45           $ _____

60. Part 6: Total farm- and fishing-related property, line 52           $ _____

61. Part 7: Total other property not listed, line 54         + $ _____

62. **Total personal property.** Add lines 56 through 61. ..............       $ _____  Copy personal property total ➔  + $ _____

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 .................       $ __133,300.00__

Official Form 106A/B         Schedule A/B: Property         page 10

FedEx carbon-neutral
envelope shipping

ORIGIN ID:KYOA (941) 209-2400
JENNIFER MARLOW
94 TATUM RD
SARASOTA, FL 34240
UNITED STATES US

SHIP DATE: 21AUG18
ACTWGT: 0.10 LB
CAD: 6991528/SSF01904

BILL THIRD PARTY

TO US COURTHOUSE
SAM GIBSON
801 N. FLORIDA AVE.
STE. 555
TAMPA FL 33602
(813) 301-5162

RECEIVED
AUG 2 2 REC'D
CLERK U.S. BANKRUPTCY COURT
TAMPA, FL



FedEx Express

TRK# 7824 0383 8440
0201

WED – 22 AUG 10:30A
PRIORITY OVERNIGHT

34 KYOA

33602
FL-US TPA



RT 727    1 10:30   D
             8440
             08.22
FZ