**[dntcclm]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                         Case No. 8:13−bk−06404−CPM
                                                                                               Chapter 7

Jennifer Kaye Marlow


_____Debtor(s)_____/          NOTICE OF CLAIM FILED BY DEBTOR

TO:

J.P. Morgan Chase Bank N.A.

   Notice is given pursuant to Fed. R. Bank. P. 3004 that the Debtor filed a claim on your behalf in the above captioned matter on August 21, 2018, in the amount of $132,300.00.


   Dated August 23, 2018.

                                        Sheryl L. Loesch, Clerk of Court
                                        Sam M. Gibbons United States Courthouse
                                        801 North Florida Avenue, Suite 555
                                        Tampa, FL 33602

   Copies furnished to:
   Debtor
   Debtor's Attorney
   Trustee
   J.P. Morgan Chase Bank N.A.