AUG 31 2018
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
4 Pages Scanned by DMB

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 8-13-bk-06404 CPM |
| Jennifer Kaye Marlow | ) | Chapter 7 |
| Debtor | ) | |

## AMENDED VERIFIED MOTION TO AVOID JUDICIAL LIEN
## OF J. P. MORGAN CHASE BANK N.A. ON EXEMPT PROPERTY

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party is served by U. S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N Florida Ave, Tampa, FL 33602 and serve a copy on the movant, Jennifer Kaye Marlow 5317 Fruitville Road # 159, Sarasota, Florida 34232, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper , will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Debtor, Jennifer Kaye Marlow, files this Motion to Avoid the Judicial lien

of J. P. Morgan Chase Bank National Association. and states as follows:

1. Debtor filed to reopen Chapter 7 case on July 23, 2018

2. Debtor seeks to avoid the judicial lien of J. P. MORGAN CHASE BANK N.A. that was created by the filing of UNIFORM FINAL JUDGMENT OF MORTGAGE FORECLOSURE at Document Number 2012148601 on 11-13-2012 3:33:33 PM of the Public Records of Sarasota County Florida.

3. The Lien impairs the following property that is otherwise exempt under 11 U S C522 (f) , 552

> 2558 Bahia Vista Street, Sarasota, Florida
> LOTS 13 AND 15, BLOCK A, RUSTIC LODGE AS PER PLAT THEREOF RECORDED IN PLAT BOOK 1 PAGE 155 OF THE PUBLIC RECORDS OF SARASOTA COUNTY FLORIDA
> PARCEL ID# 20035020049.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order avoiding the Lien and for such other and further relief as the Court deems appropriate.

Dated: 8/23/2018

Jennifer Kaye Marlow, sui juris

5317 Fruitville Road # 159

Sarasota, Florida 34232

## **PROOF OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission of U. S. Mail on ___8-23-2018___ to : All creditors and interested parties as listed on the attached matrix.

*Jennifer Kaye Marlow*
Jennifer Kaye Marlow
5317 Fruitville Road, # 159
Sarasota, Florida 34232

Attorney for Plaintiff (J.P. MORGAN CHASE BANK N. A.)

KAHANE & ASSOCIATES. P.A.

8201 PETERS ROAD. SUITE 3000

PLANTATION, FLORIDA 33324

EMAIL   NOTICE@ KAHANEANDASSOCIATES.COM

TELEPHONE:  (954) 382-3486

TELEFACSIMILIE: (954) 382-5380



**Tatum Ridge Eleme**
4100 Tatum Road • Sarasota,
*Where Pride and Accomplishmen*



7017 1070 0000 2508 4363

$0.50
US POSTAGE
FIRST-CLASS
071S01035867
34232
000003789

ATT B.K.

SCREENED

Sam Gibbons Fede
801 N. Florida A
Tampa, FL. 336



RE
AUG
CLERK U.S.

THE SCHOOL BOARD OF SARASOTA COUNTY
*An Equal Opportunity Employer*