**[Doabtmar]** [Order Abating Motion To Avoid Lien or Redeem]

ORDERED.

**Dated: September 11, 2018**

_Catherine M^c Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Jennifer Kaye Marlow

_____Debtor*_____/

Case No.
8:13–bk–06404–CPM
Chapter 7

### ORDER ABATING MOTION TO AVOID LIEN

THIS CASE came on for consideration, without hearing, of the Motion to Avoid Lien ("Motion") filed by the Debtor, Doc. No. 71. After review, the Court determines that the Motion is deficient as follows:

The Motion is not verified or accompanied with an affidavit. Local Rule 4003–2.

The property described in the Motion is not listed on Schedule C or Amended Schedule C.

Accordingly, it is **ORDERED:**

Consideration of the Motion is abated until the deficiency is corrected.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.