ORDERED.

Dated:  December 04, 2018

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
JENNIFER KAYE MARLOW

CASE NO. 8:13-bk-06404-CPM
CHAPTER 7

Debtor(s).
_____/

**ORDER GRANTING CREDITOR'S MOTION FOR ORDER
CONFIRMING ABSENCE OR TERMINATION OF AUTOMATIC STAY [DE-92]**

THIS CASE came on for consideration upon the Motion for Order Confirming Absence or Termination of Automatic Stay [DE-92] filed by Movant, NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING. The Motion has been served upon the parties of interest in accordance with Local rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted.  Therefore, the Court deems the Motion to be unopposed, it is

**ORDERED:**

1.  The Motion for Order Confirming Absence or Termination of Automatic Stay (Doc. No. 92) is GRANTED.

2.  The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Movant's enforcement of its mortgage on or security interest in the following property:

File 1000002964

**BEGINS AT THE SOUTHEAST CORNER OF TRACT 35, PALMER RANCH, THIRD UNIT, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 3, PAGE 39, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA; THENCE NORTH 00 DEGREES 1 MINUTE 18 SECONDS EAST, ALONG THE WEST LINE OF TATUM ROAD, A DISTANCE OF 444.0 FEET FOR A POINT OF BEGINNING; THENCE CONTINUE NORTH 00 DEGREES 1 MINUTE 18 SECONDS EAST, A DISTANCE OF 212.35 FEET; THENCE NORTH 98 DEGREES 37 MINUTES WEST, A DISTANCE OF 200 FEET; THENCE SOUTH 00 DEGREES 1 MINUTE 18 SECONDS WEST, A DISTANCE OF 212.35 FEET; THENCE SOUTH 88 DEGREES 37 MINUTES EAST, A DISTANCE OF 200 FEET TO THE POINT OF BEGINNING.**

**a/k/a 94 TATUM RD, SARASOTA, FL 34240**

3. This order is entered for the sole purpose of confirming that the Movant may obtain *in rem* relief against the property and Movant shall not seek *in personam* relief against the Debtor.

4. It is further ordered that that Movant may offer and provide the debtor with information in regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with the debtor provided the agreement complies with the Bankruptcy Code and all other applicable law. Movant, however, may not enforce or threaten to enforce any personal liability against the debtor if the debtor's personal liability is discharged in this bankruptcy.

5. The mortgage indebtedness that shall run with this property shall be increased to include $750.00 for attorney's fees incurred in filing the Motion for Order Confirming Absence or Termination of Automatic Stay.

6. The Movant made sufficient allegations and a request in the Motion for Order Confirming Absence or Termination of Automatic Stay to waive the 14 day stay requirement of Bankruptcy Rule 4001(a)(3). No objection being raised, the automatic stay shall be lifted immediately upon execution of this order.

###

Attorney Alejandro Martinez-Maldonado, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF and to file a proof of service within three days of entry of this order.

File 1000002964