Filed Via Mail
FEB 11 2019
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

3 Pages Scanned by SM

United States Bankruptcy Court
Middle District of Florida
Tampa Division

In Re:                              Case# 8:13 bk06404CPM

Jennifer Kaye Marlow              Chapter 7

## Objection to Lift of Stay

## Motion For Sanctions For Violation of Automatic Stay in Bankruptcy

Comes now Jennifer Kaye Marlow to object to action of Shellpoint Mortgage Servicing, New Penn Financial LLC in violation of the automatic stay from the reopening of the case herein.

Creditor New Penn Financial LLC pusued a Motion For Summary Judgment After being notified of this bankruptcy 2 times on the case docket and once by the Bankruptcy Court directly.

New Penn Financial LLC's held a hearing in 12th Circuit while bound by the automatic stay.

1 0 2

Actions were disrespectful of this court and established practices.

This action caused me Financial and emotional distress. (AFFIDAVT To Follow)

$ Please consider sanctions of 1750.00 to compensate myself and whatever the Court considers appropriate For this offense.

Respectfully Submitted

Jennifer Kaye Marlow
Authorized representative
JENNIFER KAYE MARLOW

c/o 94 Tatum Road
Sarasota, Florida (34240)
941-209-2106
jenniferLM4994@gmail.com

2 of 2

94 Tatum Rd
Sarasota Fl
(34240)



TAMPA FL 335
SAINT PETERSBURG FL
09 FEB 2019 PM 4 L

USA

Sam Gibbons Federal Courthouse
Bankruptcy
801 N. Florida Ave.
Tampa. Florida 33602

33602-384999