UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

JENNIFER KAYE MARLOW

CASE NO. 8:13-bk-06404-CPM
CHAPTER 7

Debtor(s).
_____/

**CREDITOR'S RESPONSE TO DEBTOR'S MOTION FOR SANCTIONS
FOR VIOLATION OF THE AUTOMATCI STAY UNDER 11 U.S.C. SEC. 362(k) [DE-119]**

COMES NOW Creditor, NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING, a secured creditor, by and through undersigned attorney and pursuant to all applicable Bankruptcy Rules and Procedure, files this Response to the Debtor's Motion for Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362(k) *and Objection to Lift of Stay* [DE-119] and would respond as follows:

1. On May 15, 2013, JENNIFER KAYE MARLOW, ("Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code and converted to Chapter 7 on October 7, 2013.

2. Creditor holds a security interest in real property located at 94 Tatum Road, Sarasota, FL 34240. Said Claim is based on a Note and Mortgage executed on November 4, 2002, by RALPH V. MARLOW AND JENNIFER K. MARLOW in the principal amount of $216,000.00 which constitutes a lien upon real property described as:

> **BEGINS AT THE SOUTHEAST CORNER OF TRACT 35, PALMER RANCH, THIRD UNIT, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 3, PAGE 39, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA; THENCE NORTH 00 DEGREES 1 MINUTE 18 SECONDS EAST, ALONG THE WEST LINE OF TATUM ROAD, A DISTANCE OF 444.0 FEET FOR A POINT OF BEGINNING; THENCE CONTINUE NORTH 00 DEGREES 1 MINUTE 18 SECONDS EAST, A DISTANCE OF 212.35 FEET; THENCE NORTH 98 DEGREES 37 MINUTES WEST, A DISTANCE OF 200 FEET; THENCE SOUTH 00 DEGREES 1 MINUTE 18 SECONDS WEST, A DISTANCE OF 212.35 FEET; THENCE SOUTH 88 DEGREES 37 MINUTES EAST, A DISTANCE OF 200 FEET TO THE POINT OF BEGINNING.**

3. Pursuant to Debtor's Schedule C, the property is claimed exempt.

4. On January 27, 2014, the Court entered the Order of Discharge of Debtor [DE-56].

1000002964

5. On December 7, 2018, the Court entered the Order Granting Motion to Confirm Termination or Absence of Stay *filed by Creditor New Penn Financial, LLC*, (the "Order Terminating Stay") [DE-109].

6. Debtor filed the Motion for Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362(k) *and Objection to Lift of Stay*, (the "Motion for Sanctions") on February 11, 2019 [DE-119].

7. Debtor's Motion for Sanctions is wholly without merit as there was no violation of the Automatic Stay. The Court's Order Terminating Stay provided Creditor authorization to proceed to State Court to obtain its remedies.

8. Movant has obligated itself to pay costs and its attorney a reasonable fee for services in connection with these bankruptcy proceedings and, pursuant to the terms of the Security Documents, Debtor is obligated to reimburse Movant for said fees of $860.00.

WHEREFORE, Creditor respectfully requests that this Court deny the Debtor's Motion for Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362(k) *and Objection to Lift of Stay* and for any other such relief as may deemed necessary by the Court.

eXL Legal, PLLC
Email Address: bk@exllegal.com
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Attorney for the Movant

By: */s/ Alejandro G. Martinez-Maldonado*
Alejandro G. Martinez-Maldonado
FL BAR # 108112

1000002964

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on February 14, 2019, by U.S. Mail and/or electronic mail via CM/ECF to:

BETH ANN SCHARRER, TRUSTEE
PO BOX 4550
SEMINOLE, FL 33775

UNITED STATES TRUSTEE - TPA7/13,7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

The parties identified below were served on February 14, 2019, by U.S. Mail.

JENNIFER KAYE MARLOW
94 TATUM ROAD
SARASOTA, FL 32420

        eXL Legal, PLLC
        Email Address: bk@exllegal.com
        12425 28th Street North, Suite 200
        St. Petersburg, FL 33716
        Telephone No. (727) 536-4911
        Attorney for the Movant

        By:  */s/ Alejandro G. Martinez-Maldonado*
        Alejandro G. Martinez-Maldonado
        FL BAR # 108112

1000002964